UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-mj-03820 LOUIS

FILED BY __TS__ D.C.
Sep 18, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA,

v.

JULIO JAVIER LIRIANO-MERCADO,
TONY RAFAEL HERIQUEZ, and
JOSE ANTONIO ACOSTA-PINEDO,

Defendants,
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **No**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **No**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  /s/ *Michele Vigilance*
MICHELE VIGILANCE
Assistant United States Attorney
Court ID No. A5502091
99 N.E. 4th Street
Miami, FL 33132
Tel. No. (305) 961-9387
E-mail: Michele.Vigilance@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JULIO JAVIER LIRIANO-MERCADO,<br>TONY RAFAEL HERIQUEZ, and<br>JOSE ANTONIO ACOSTA-PINEDO,<br><br>*Defendants.* | Case No. **1:23-mj-03820 LOUIS** |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___September 11, 2023___, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

The complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lewis Hosch, Special Agent DEA
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: September 18 2023

_____
*Judge's signature*

City and state:  Miami, Florida

Hon. Lauren F. Louis, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Lewis Hosch, being duly sworn, hereby depose and state the following:

1. I am employed as a Detective with the City of Homestead Police Department and have served in this capacity since January 2005. I am currently a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2019. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Task Force Officer with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against JULIO JAVIER LIRIANO-MERCADO, TONY RAFAEL HERIQUEZ, and JOSE ANTONIO ACOSTA-PINEDO, for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about September 11, 2023, a Maritime Patrol Aircraft ("MPA") detected a go-fast vessel (GFV) approximately 120 nautical miles North of Colombia, in international waters.

The GFV had three individuals on board, two outboard engines, a tarp on deck, and displayed no indicia of nationality. HNLMS GRONINGEN, with embarked United States Coast Guard (USCG) Law Enforcement Detachment Team (LEDET), which was in the area, and was diverted to interdict and investigate. The USCG assumed tactical control of HNLMS GRONINGEN and granted a Statement of No Objection for the USCG LEDET and stop a non-compliant vessel, up to and including warning shots and disabling fire because the vessel was reasonably suspected of drug smuggling in international waters while displaying no indicia of nationality. The USCG LEDET launched a smaller boat with a USCG boarding team to approach the GFV. After warning shots were fired, the vessel became compliant and the USCG boarding team was able to gain positive control of the vessel.

4. When the USCG boarding team arrived alongside the GFV, the boarding team proceeded to ask who the master or person in charge of the vessel was. At that time, the USCG boarding team identified JULIO JAVIER LIRIANO-MERCADO as the master of the vessel. None of the individuals on board the vessel made a claim of nationality for the vessel. Consequently, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States.

5. The three individuals on board were later identified as JULIO JAVIER LIRIANO-MERCADO, a national of the Dominican Republic, TONY RAFAEL HERIQUEZ, a national of the Dominican Republic, and JOSE ANTONIO ACOSTA-PINEDO, a national of Colombia. The USCG boarding team recovered and seized a total of twelve (12) bales from the vessel. The contents of the bales were field tested and tested positive for the presence of cocaine with an approximate weight of 425 kilograms of cocaine. All three individuals, along with the suspected cocaine, were transferred to the HNLMS GRONINGEN.

6.  Based on the foregoing facts, I submit that probable cause exists to believe that JULIO JAVIER LIRIANO-MERCADO, TONY RAFAEL HERIQUEZ, and JOSE ANTONIO ACOSTA-PINEDO, did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

FURTHER AFFIANT SAYETH NAUGHT.

_____
LEWIS HOSCH
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __18__ day of September, 2023.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

3